UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ZHONG LI, ZHONG ZHENG & JIN GUANG FU,   :

              Plaintiffs,   :   10 Civ. 5337 (AJP)

       -against-   :   **ORDER OF DISMISSAL ON CONSENT**

IZUMI JAPANESE RESTAURANT INC., et al.,   :

             Defendants.   :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/31/11

**ANDREW J. PECK, United States Magistrate Judge:**

       The Court Mediation Office having informed the Court that the parties have reached a settlement agreement in principle and are finalizing settlement documents (see Dkt. No. 43), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 15 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

       SO ORDERED.

DATED:    New York, New York
             October 31, 2011

                                                  Andrew J. Peck
                                                  United States Magistrate Judge

Copies **by ECF** to:    All Counsel